UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIN LARKIN, et al.,
                    Plaintiffs,

                    22 Civ. 10737 (LGS)
-against-

                    ORDER
SAILAWAYNY, et al.,
                  Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated January 4, 2023, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for March 1, 2023, at 4:00 p.m.;

    WHEREAS, Defendants have not appeared, and Plaintiffs have not filed proof of service on the docket;

    WHEREAS, the parties failed to timely submit the joint letter and proposed case management plan.  It is hereby

    **ORDERED** that if Plaintiffs have been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 24, 2023, at 3:00 P.M.**  If Plaintiffs have not been in communication with Defendants, they shall file a status letter regarding their efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **February 24, 2023**, at **3:00 P.M.**

Dated: February 23, 2023
       New York, New York

                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE