UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ERIN LARKIN, et al.,

                              Plaintiffs,

                -against-

SAILAWAYNY, et al.,

                        Defendants.

------------------------------------------------------------X

22 Civ. 10737 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated February 27, 2023, required the parties to file a proposed

joint letter and case management plan no later than seven days before the initial pretrial

conference;

      WHEREAS, the initial pretrial conference is scheduled for April 5, 2023;

      WHEREAS, on March 29, 2023, a proposed case management plan was filed;

      WHEREAS, no joint letter providing the information required by the Order at Dkt. No. 7

was filed.  It is hereby

      **ORDERED** that the parties shall file the joint letter by **April 3, 2023, at 12:00 P.M.**

Dated: March 30, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**