```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  ERIN LARKIN, et al.,                                       :
                          Plaintiffs,                        :
                                                             :   22 Civ. 10737 (LGS)
                 -against-                                   :
                                                             :        ORDER
  SAILAWAYNY, et al.,                                        :
                          Defendants.                        :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 5, 2023;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the April 5, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**.  The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 4, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE