```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ERIN LARKIN, et al.,                                         :
                                    Plaintiffs,              :
                                                             :     22 Civ. 10737 (LGS)
             -against-                                       :
                                                             :           ORDER
SAILAWAYNY, et al.,                                          :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 4, 2023, required the parties to file a status letter on June 5, 2023, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter;

WHEREAS, a mediation conference was scheduled for June 9, 2023.  It is hereby

**ORDERED** that, by **June 16, 2023**, the parties shall file the joint letter, including also the status of their settlement discussion.

Dated: June 13, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE