```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ERIN LARKIN, et al.,                                         :
                                    Plaintiffs,              :
                                                             :    22 Civ. 10737 (LGS)
              -against-                                      :
                                                             :         ORDER
SAILAWAYNY, et al.,                                          :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 14, 2023, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **July 6, 2023**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences and trial are **CANCELED**.

Dated: June 15, 2023
      New York, New York

                                    _____
                                         LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE