UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                          :

ERIN LARKIN, et al.,                  :

                     Plaintiffs,   :

                                    :           22 Civ. 10737 (LGS)

            -against-         :

                                    :               ORDER

SAILAWAYNY, et al.,            :

                    Defendants. :

                                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 22, 2023, the parties resubmitted a proposed settlement agreement for the Court's approval;

WHEREAS, an order dated August 23, 2023, directed the parties to submit a joint letter clarifying the attorney's fees arrangement, if any.  If Plaintiffs' counsel requests fees, the Court directed the parties to include evidence providing a factual basis for the award under *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 336 (S.D.N.Y. 2012) ("To aid a court in determining the reasonableness of proposed attorney's fees, counsel must submit evidence providing a factual basis for the award. . . . In the Second Circuit, that entails submitting contemporaneous billing records documenting, for each attorney, the date, the hours expended, and the nature of the work done.");

WHEREAS, the parties failed to file this letter.  It is hereby

**ORDERED** that the parties shall submit this letter by **September 15, 2023**.

Dated: September 8, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE