# MUSA-OBREGON LAW, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

SHAUKY MICHAEL MUSA-OBREGON, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
MAYRA VELEZ, ESQ.
KARL J. ASHANTI, ESQ.
WWW.MUSA-OBREGON.COM
MOLAWFIRM@GMAIL.COM

**\*REPLY TO MASPETH OFFICE**

---

| **MASPETH OFFICE\*** | **MANHATTAN OFFICE** | **WHITE PLAINS OFFICE** |
|---|---|---|
| 55-21 69TH ST., 2nd FL | 757 THIRD AVE., 20TH FL | 199 MAIN ST., SUITE 301 |
| MASPETH, N.Y. 11378 | NEW YORK, N.Y. 10017 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (212) 655-4424 | TEL (914) 380-1436 |
| FAX (718) 374-6576 | FAX (718) 374-6576 | FAX (718) 374-6576 |

October 18, 2023

**BY ECF**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **GRANTED** *nunc pro tunc*. Plaintiff's counsel shall submit its documentation in support of the attorney's fees award by **October 23, 2023**.
>
> Dated: October 20, 2023
>         New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: *Erin Larkin, et al. v. Sailaway NY, et al.*, 22 CV 10737 (LGS)

Dear Judge Schofield:

  Concerning Your Honor's Order dated September 19, 2023 (ECF Document 37), the undersigned respectfully requests an extension of time until October 23, 2023 to comply therewith. The undersigned has been in the process of gathering all relevant documentation in support of the attorney's fees award for the undersigned's firm, Musa-Obregon Law, P.C. but I have not yet located some of the relevant paperwork, as the origin of this case dates back to the summer of 2021 – more than a year prior to the commencement of the instant litigation, when the matter was before the EEOC. Accordingly, the undersigned respectfully requests a brief extension of time until Monday, October 23, 2023.

  The undersigned thanks the Court for its time and consideration.

                  Respectfully Submitted,

                  Karl J. Ashanti, Esq.
                  Musa-Obregon Law, P.C.