```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    ERIN LARKIN, et al.,                                    :
                                                            :
                                     Plaintiffs,            :   22 Civ. 10737 (LGS)
                                                            :
                    -against-                               :          ORDER
                                                            :
    SAILAWAYNY, et al.,                                     :
                                                            :
                                     Defendants.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs have moved to request attorney's fees and costs as part of the parties' proposed settlement. It is hereby

**ORDERED** that the settlement agreement is **APPROVED** as fair and reasonable based on the nature and scope of Plaintiffs' claims and the risks and expenses involved in additional litigation. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015); *Fisher v. SD Protection, Inc.*, 948 F.3d 593, 600 (2d Cir. 2020) (outlining the factors that district courts have used to determine whether a proposed settlement and award of attorney's fees is fair and reasonable). Of the total recovery of $37,500.00, Plaintiffs' counsel shall receive $12,500.00 in attorney's fees, in addition to $615.50 of expenses. The remainder of the settlement shall be distributed to Plaintiffs.

The Clerk of Court is respectfully directed to close this case.

Dated: November 30, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE